IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00573-AP

DOMINIC MEYERS SCHREINER,

    Plaintiff,

    v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff :
    CHRIS R. NOEL
    3000 Pearl Street, Suite 105
    Boulder, CO 80301-2431
    Telephone: 303 449 6503
    chrisnoel@noelaw.com

    For Defendant:
    TROY A. EID
    United States Attorney

    KEVIN TRASKOS
    Deputy Chief, Civil Division
    United States Attorney's Office
    District of Colorado

    THOMAS H. KRAUS
    Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-0017
    tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court's jurisdiction is based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

     A.     **Date Complaint Was Filed:**  3/20/08

     B.     **Date Complaint Was Served on U.S. Attorney's Office:**  3/24/08

     C.     **Date Answer and Administrative Record Were Filed:**  5/22/08

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after Plaintiff's Opening Brief is filed.

**Defendant states:** There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** see Plaintiff's statement in Paragraph 4, above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states: This case does not involve unusual, complicated, or out-of-the-ordinary claims.

Defendant states: This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

     A.     **Plaintiff's Opening Brief Due:**  July 16, 2008

     B.     **Defendant's Response Brief Due:**  September 8, 2008

      C.      **Plaintiff's Reply Brief Due:** September 22, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:** Oral Argument is requested.

      B.      **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      **( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.      **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 9th day of June, 2008.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, CO 80301-2431<br>(303) 449 6503<br>chrisnoel@noelaw.com<br><br>Attorney for Plaintiff Meyers Schreiner | TROY A. EID<br>UNITED STATES ATTORNEY<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>(303) 454-0100<br><br>s/Thomas H. Kraus<br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |